HENRY MEYERHARDT et al., Appellants, v. WILLIAM HEINZELMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements,

with leave to the defendants to answer within ten days after service of a copy of the order with notice of entry thereof on payment of the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.